**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **SEGUNDO MIGUEL QUIZHPILEMA ALLAICO,** *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** Acting U.S. Attorney General; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF IMMIGRATION REVIEW,** *Respondents.* | **Civil No. 26-4457** |

**ORDER**

**AND NOW**, this 13th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Segundo Miguel Quizhpilema Allaico and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Quizhpilema Allaico is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.    The Government shall **RELEASE** Quizhpilema Allaico from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on July13, 2026.

4.    The Government is temporarily enjoined from re-detaining Quizhpilema Allaico for seven days following his release from custody.

5.    If the Government chooses to pursue re-detention of Quizhpilema Allaico after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

MARY KAY COSTELLO, J.

2